IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE POLIPPO | |
| | CIVIL ACTION |
| Plaintiff, | No. 14-1298 |
| | |
| v. | |
| | |
| RENDA BROADCASTING CORP. and RENDA RADIO, INC. | |
| | |
| Defendants. | |

## STIPULATION FOR AMENDMENT OF COMPLAINT

It is hereby stipulated pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, by and between Jeremy M. Cerutti, counsel for Plaintiff, and Jean E. Novak, counsel for Defendants, that Plaintiff may amend her Complaint to include claims under the Pennsylvania Human Relations Act ("PHRA"). *See* Plaintiff's First Amended Complaint attached hereto as "Exhibit A." Both parties reserve their rights regarding these and the existing claims.

**KARPF, KARPF & CERUTTI, P.C.**       **STRASSBURGER, MCKENNA, GUTNICK & GEFSKY**

By: */s/ Jeremy M. Cerutti*           By: */s/ Jean E. Novak*
    Jeremy M. Cerutti, Esq.               Jean E. Novak, Esq.
    3331 Street Road                       Four Gateway Center, Suite 2200
    Two Greenwood Square                   444 Liberty Avenue
    Suite 128                              Pittsburgh, PA 15222
    Bensalem, PA                           Attorney for Defendants
    Attorney for Plaintiff

Dated: February 6, 2015               Dated: February 6, 2015

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

*Maurice B. Cohill Jr.*