## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RENEE POLIPPO                           :
                                        :       CIVIL ACTION
    Plaintiff,                      :       No. 14-1298
                                        :
    v.                              :
                                        :
RENDA BROADCASTING CORP.                :
    and                             :
RENDA RADIO, INC.                       :
                                        :
    Defendants.                     :

## STIPULATION FOR DISMISSAL OF DEFENDANT
## RENDA RADIO, INC. WITH PREJUDICE

It is hereby stipulated by and between the parties that Defendant Renda Radio, Inc. is hereby dismissed from this lawsuit with prejudice, with each party bearing their own costs and fees.

**KARPF, KARPF & CERUTTI, P.C.**              **PIETRAGALLP, GORDON, ALFANO BOSICK & RASPANTI, LLP**

By:   */s/ Jeremy M. Cerutti*              By:   */s/ Shelly Pagac*
     Jeremy M. Cerutti, Esq.                    Pietragallo Gordon Alfano Bosick
     3331 Street Road                           & Raspanti, LLP
     Two Greenwood Square                        38th Floor, One Oxford Centre
     Suite 128                                  Pittsburgh, PA 15219
     Bensalem, PA                               Attorney for Defendants
     Attorney for Plaintiff

Dated: February 29, 2016                    Dated: February 29, 2016


The foregoing Stipulation is hereby APPROVED as an Order of the Court.

March 2, 2016   _Maurice B. Cohill, Jr._